```
         UNITED STATES DISTRICT COURT FOR THE
               DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

       v.                       Criminal No. 10-cr-46-01-JL

<u>Patrick Harvey</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 8 ) filed by defendant is granted; Final Pretrial is rescheduled to June 18, 2010 at 1:30 p.m.; Trial is continued to the two-week period beginning July 7, 2010, 09:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

*/s/ Joe Laplante*
_____
Joseph N. Laplante
United States District Judge

Date:  May 12, 2010

cc:   Jeff Levin, AFD
      Mark A. Irish, AUSA
      U.S. Marshal
      U.S. Probation